IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TOCCARA YVONNE PULLER,

    Plaintiff,

v.                                            Civil Action No. **3:25CV706**

MAGGIE MARSHALL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, submitted this civil action. Plaintiff has applied to proceed *in forma pauperis*. By Memorandum Order entered on September 26, 2025, the Court conditionally docketed the action and mailed Plaintiff forms for a prisoner proceeding *in forma pauperis*. Plaintiff has now been released from incarceration. Accordingly, by Memorandum Order entered on October 29, 2025, the Court directed her to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States [her] belief that [s]he is entitled to relief;
    (C)    Avers that [s]he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets [s]he possesses.

*See* 28 U.S.C. § 1915(a)(1). (ECF No. 14.) The Court provided Plaintiff with a non-prisoner *in forma pauperis* affidavit form for this purpose and directed her to complete and return it to the Court within thirty (30) days. On December 19, 2025, the Court granted Plaintiff a twenty (20) day extension in which to complete and return the form.

More than twenty (20) days have elapsed, and Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed non-prisoner *in forma pauperis* affidavit form. As a result, she does not qualify for *in forma pauperis* status. Furthermore, she has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 22 January 2026
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge

2